JOHN P. CROSBY, Respondent, *v.* 20 FIFTH AVENUE HOTEL CO., INC., and 49TH ST. & MADISON AVE. CORP., Appellants, Impleaded with NEW WESTON ANNEX CORP., Defendant.*

Supreme Court, Appellate Term, First Department, January 5, 1940.

*Edward Morrison* [*Campbell & Boland* of counsel], for the appellants.

*Harold Green*, for the respondent.

* Modfg. and affg. 173 Misc. 595.

PER CURIAM. A hotel is not chargeable as a bailee for a valuable antique left in a trunk where plaintiff did not give notice that the trunk contained anything but ordinary personal luggage. (*Waters* v. *Beau Site Co.*, 114 Misc. 65; *Magnin* v. *Dinsmore*, 62 N. Y. 35.)

Judgment modified by reducing the amount thereof to the sum of seventy-five dollars, with costs, and as modified affirmed, with twenty-five dollars costs to the appellants.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.